UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN G. BRADBURY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOMAN,<br><br>　　　　Defendant. | Case No. 24-cv-01886-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　When plaintiff Brian G. Bradbury failed to comply with the Clerk's Notice to file an application to proceed *in forma pauperis* (IFP) or pay the $402.00 filing fee by the Clerk's deadline, I ordered him to comply with the Clerk's Notice by June 3, 2024. (Order, Dkt. No. 6.)  He has not done so, nor has he filed any response to my Order. Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Rule 41(b) for failure to prosecute and for failure to comply with my Order.

　　　　Because this dismissal is without prejudice, Bradbury may file a motion to reopen. Any such motion must contain (i) full payment for the $402.00 filing fee; or (ii) a complete IFP application.

　　　　The Clerk shall enter judgment in favor of defendant and close the file.

　　　　**IT IS SO ORDERED.**

**Dated:**  June 19, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　United States District Judge